PROB 12B
(7/93)

Report Date:  April 9, 2008

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 1 1 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Douglas R Mobley           Case Number:  2:02CR00286-001

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Chief US District Judge

Date of Original Sentence:  12/23/2003        Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm,   Date Supervision Commenced: 4/8/2008
21 U.S.C. § 922(g)(1)

Original Sentence:  Prison - 63 Months; TSR - 36     Date Supervision Expires: 4/7/2011
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18     You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
       directed by the supervising probation officer, but no more than six tests per month, in order to confirm
       continued abstinence from these substances.

### CAUSE

Mr. Mobley was released from custody on April 8, 2008. The undersigned officer respectfully requests that Mr.
Mobley's conditions of supervised release be modified to include "not more than six urinalysis submissions per
month", to comply with the United States v. Stephens 424 F.3d 876 (9th Cir. 205).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     4 / 9 / 08

Samuel Najera
U.S. Probation Officer

Prob 12B
**Re: Mobley, Douglas R**
**April 9, 2008**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

April 10, 2008
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____      Signed: _____
            U.S. Probation Officer                          Douglas R Mobley
                                                  Probationer or Supervised Releasee

_____April 9, 2008_____
            Date