PROB 12C
(7/93)

Report Date: June 29, 2010

# United States District Court

FILED IN THE
U S DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### for the

JUN 3 0 2010

### Eastern District of Washington

JAMES R LARSEN
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Douglas R. Mobley          Case Number: 2:02CR00286-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 12/23/2003

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 21 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 63 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ronald W. Skibbie | Date Supervision Commenced: | 01/29/2010 |
| Defense Attorney: | Kimberly A. Deater | Date Supervision Expires: | 11/28/2012 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Mr. Mobley was arrested on June 28, 2010, for second degree extortion, in violation of RCW 9A.56.130, which is a Class C felony punishable by 5 years custody, or a fine in the amount of $10,000, or both such custody and fine.

According to the affidavit of facts, report # 10-207748, on June 28, 2010, Mr. Mobley and a current Bureau of Prisons (BOP) inmate, Stephanie Strong, attempted to extort $5,000 from Velven York, due to his relationship with Ms. Strong. Specifically, Mr. Mobley directed Mr. York to go to a specific location at a specific time and place the money in a food bag by garbage cans next to the street.

rob12C
Re: Mobley, Douglas R.
June 29, 2010
Page 2

Mr. York is a correctional officer at the Spokane County Jail. Mr. Mobley threatened to tell Mr. York's supervisor, "and the public," about his relationship with Ms. Strong if he did not pay Mr. Mobley the money. Mr. York notified his supervisor and detectives were contacted to investigate the threats and demand made by Mr. Mobley.

Working with detectives, it was decided to go ahead with the instructions given by Mr. Mobley to Mr. York, regarding placement of the money at a specific location. Surveillance was conducted at the scene. At the specified time, Mr. Mobley arrived and retrieved the money at the exact location. He was immediately taken into custody and interviewed after waiving his constitutional rights.

Also at the scene was Stephanie Strong, who was detained and questioned by law enforcement. Ms. Strong admitted to law enforcement that she and Mr. Mobley "were a couple" and they had traveled to this location together on the bus.

Mr. Mobley did not have permission to associate with Ms. Strong outside of the half-way house setting. In addition, the undersigned officer had spoken with both Mr. Mobley and Ms. Strong about inappropriate contact after being notified by half-way house staff that they were seen together in the community.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 29, 2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[✗]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

6|30|2010

Date